**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1776**

_____

SEUNGHO PARK,

        Plaintiff - Appellant,

      v.

ELLIE ILYOUNG SHIN; THE QUI GAINESVILLE, LLC; THE QUI GROUP, LLC; THE QUI INC.; THE QUI SOUTH RIDING, INC.; LEE HWA CHANTILLY, INC.; LEE HWA, LLC,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. William Edward Fitzpatrick, Magistrate Judge. (1:24-cv-00800-WEF)

_____

Submitted: February 25, 2026             Decided: April 20, 2026

_____

Before AGEE, Circuit Judge, and TRAXLER and FLOYD, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** (Michael) Hyunkweon Ryu, RYU & RYU, PLC, Vienna, Virginia, for Appellant. Jason J. Huh, LAW OFFICE OF JASON J. HUH, PLLC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Seungho Park appeals the district court's order denying the award of attorney's fees and damages pursuant to a settlement agreement under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, as well as the court's subsequent denial of reconsideration of the same request.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order denying relief, *Park v. Shin*, No. 1:24-cv-800, Order on Mot. for Atty's Fees & Damages, Dkt. No. 49 (E.D. Va. Mar. 7, 2025), and the district court's order denying Park's motion for reconsideration, *Park v. Shin*, No. 1:24-cv-800, Order on Mot. for Recons., Dkt. No. 56 (E.D. Va. June 9, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED*